*189
 
 By the whore Court.
 

 Let the appeal be dismissed, and the cause remanded.
 

 The first was that of
 
 The President and Directors of the State Bank of North-Carolina
 
 v.
 
 Raiford and others:
 
 which was debt in
 
 Wake
 
 Superior Court of Law. The Defendants all resided in
 
 Cumberland,
 
 and there the process w,as served. For this cause, they pleaded in
 
 abatement.
 
 The Plaintiffs replied that they could sue in any Court, and set forth the charter of the Bank; and the Defendants demurred : upon argument, the demurrer was overruled and judgment of
 
 respondeos ouster
 
 given; and the Defendants appealed to this Court. Here, the appeal was dismissed, because the judgment from which it was taken was not final; and the cause was sent back for further proceedings in the Court below.
 

 The other case was that of
 
 Wilson
 
 v.
 
 M’Dowell,
 
 from
 
 Burke.
 
 It was a petition against the Defendant, as an administrator of the estate of an intestate, for a distributive share: there was a plea in bar, that the Defendant held the estate, of which a share was sought, in a different right, and that it belonged to the Defendant and others, in their own right, and never, in fact, belonged to the
 
 intestate;
 
 and the plea set forth the particulars of the title. ' Upon argument of the plea, it was disallowed, and the Defendant ordered to answer. From that he appealed to this Court: and here, his appeal was dismissed for the reasons assigned in the foregoing cases.